```
               FOR        MASTER INQUIRY ON
11-028140-FC JUDGE FULLERTON             FILE 01/11/11  ADJ DT 07/07/11  CLOSE  08/15/11
             GENESEE COUNTY                              COD   SCAO:SEC B LINE 01

D 001 GIBBS,PHILLIP,CHARLES              DOB: 11/27/93      SEX: M   RACE: B
      2112 BARKLEY                       CTN:251000405901   TCN:
      FLINT, MI  48504                   SID:           PIN:25FPD50984
      ATY: SADO,STATE APPELLATE DEF,     PROSECUTOR: LEYTON,DAVID S.,
          P-90000   313-256-9833 APPOINTED            P-35086
      LOWER DISTRICT:  68TH CTY# 25  CASE# 10-1667FYC  PRELIM: HELD  01/07/11
      INCARCERATION DATE:              DISTRICT ARRAIGNMENT:
```

### Bond History

| Num | Amount | Type | Posted Date | Status |
|---|---|---|---|---|
| 1 | $.00 | Held Without Bond | | |

### Charges

| Num | Type | Charge(Pacc) | Asc/Trf | Charge Description | Offense Dt | Dsp | Evt |
|---|---|---|---|---|---|---|---|
| 01 | ORG | 750.529 | | ROBBERY ARMED | 10/26/10 | GTY | JTW |
| 02 | ORG | 750.529 | | ROBBERY ARMED | 10/26/10 | | |
|    | LES | 750.530 | | ROBBERY UNARMED | | GTY | JTW |
| 03 | ORG | 750.529 | | ROBBERY ARMED | 10/26/10 | GTY | JTW |
| 04 | ORG | 750.529 | C | ROBBERY ARMED | 10/26/10 | GTY | JTW |
| 05 | ORG | 750.89 | | ASSAULT TO ROB ARMED | 10/26/10 | FNG | JTW |
| 06 | ORG | 750.227B-A | | FELONY FIREARMS | 10/26/10 | FNG | JTW |

### Assessments

| Account | Ordered | Paid | Balance |
|---|---|---|---|
| CRIME VICTIM FEE | $130.00 | $.00 | $130.00 |
| STATE MINIMUM COSTS | $272.00 | $.00 | $272.00 |
| COURT CST PRE CUNNINGHAM | $500.00 | $.00 | $500.00 |
| LATE FEE | $180.40 | $.00 | $180.40 |
| TOTAL: | $1,082.40 | $.00 | $1,082.40 |

PAYMENT DUE:  8/15/11     LATE FEE DATE: 10/11/11

### Actions, Judgments, Case Notes

| Num | Date | Judge | Chg/Pty | Event Description/Comments | | |
|---|---|---|---|---|---|---|
| 1 | 01/07/11 | FULLERTON | | RETURN TO CIRCUIT COURT | CLK | TAW |
| | | | | SET NEXT DATE FOR: 01/18/11  8:15 AM | CLK | |
| | | | |   ARRAIGNMENT | | |
| | | | | COLLIER-NIX | CLK | |
| | | | | BINDOVER RECEIVED ON 1/11/11 | CLK | |
| | | | | ARRESTING AGENCY: CITY OF | CLK | |
| | | | | FLINT | CLK | |
| 2 | | | | CODEFENDANT/CONSOLIDATION | CLK | TAW |
| | | | | // | CLK | |
| | | | | TYRELL HENDERSON | CLK | |
| 3 | 01/13/11 | | | PROS'S DEMAND FOR MANDATORY | CLK | TAW |
| | | | | DISCLOSURE BY THE DEFENSE | CLK | |
| | | | | FILED | CLK | |

```
  4                              INFORMATION FILED                          CLK TAW
  5                              NOTICE OF INTENT TO AMEND                  CLK TAW
                                 WITNESS LIST AND RE-OPEN                   CLK
                                 PROOFS FILED                               CLK
  6 01/14/11                     WRITTEN DEMAND FOR TRANSCRIPT IN           CLK TAW
                                 DISTRICT COURT FILED                       CLK
                                 DUE 2/10/11                                CLK
  7 01/18/11           00099     ARRAIGNMENT                                CRT TAW
                                 PROCEEDING DIGITALLY RECORDED              CRT
                                 PLED NOT GUILTY                            CRT
                                 I.R. DEFT PLED NOT GUILTY.                 CRT
                                 COURT SET PRETRIAL AND TRIAL               CRT
                                 DATES. DEFT REMANDED WITHOUT               CRT
                                 BOND.                                      CRT
  8                              SET NEXT DATE FOR: 02/18/11  8:15 AM       CLK TAW
                                    PRE-TRIAL HEARING
  9                              SET NEXT DATE FOR: 03/09/11  8:15 AM       CLK TAW
                                    JURY TRIAL
 10 01/19/11                     SET NEXT DATE FOR: 02/25/11  8:15 AM       CLK DMC
                                    PRE-TRIAL HEARING
                                 ADJ FROM 2-18-11 AT THE REQUES             CLK
                                 T OF ATTY TAFT IN CO-DEF TYREL             CLK
                                 HENDERSON'S CASE                           CLK
 11                              REMOVE NEXT EVENT: 02/18/11  8:15 AM       CLK DMC
                                    PRE-TRIAL HEARING
 12 01/20/11                     CODEFENDANT/CONSOLIDATION                  CLK FDA
                                 ORDER FOR CONSOLIDATION                    CLK
                                 (11-28141-FC & 11-28140-FC)                CLK
                                 FILED                                      CLK
 13 01/26/11                     AMENDED INFORMATION FILED                  CLK TAW
 14 02/04/11                     PRELIMINARY EXAM FILED                     CLK TAW
                                 VOL I                                      CLK
 15                              PRELIMINARY EXAM FILED                     CLK TAW
                                 VOL II                                     CLK
 16 02/25/11                     PRE-TRIAL HEARING                          CRT TAW
                                 PROCEEDING DIGITALLY RECORDED              CRT
                                 PRETRIAL HELD. CASE TO                     CRT
                                 REMAIN ON TRIAL DOCKET.                    CRT
 17 03/09/11                     MISCELLANEOUS HEARING                      CRT TAW
                                 PROCEEDING DIGITALLY RECORDED              CRT
                                 MOTION BY APA, R. RIGGS, TO                CRT
                                 ADJOURN TRIAL DATE. MOTION                 CRT
                                 GRANTED. COURT SET NEW                     CRT
                                 PRETRIAL AND TRIAL DATES.                  CRT
 18                              SET NEXT DATE FOR: 04/01/11  8:15 AM       CLK TAW
                                    PRE-TRIAL HEARING
 19                              SET NEXT DATE FOR: 04/05/11  8:15 AM       CLK TAW
                                    JURY TRIAL
 20 04/01/11                     PRE-TRIAL HEARING                          CRT FL2
                                 PROCEEDING DIGITALLY RECORDED              CRT
                                 PRETRIAL HELD. COURT SET                   CRT
                                 ADDITIONAL PRETRIAL DATE.                  CRT
 21                              SET NEXT DATE FOR: 04/29/11  8:15 AM       CLK FL2
                                    PRE-TRIAL HEARING
 22                              REMOVE NEXT EVENT: 04/05/11  8:15 AM       CLK FL2
                                    JURY TRIAL
 23 04/29/11                     PRE-TRIAL HEARING                          CRT TAW
```

```
                                PROCEEDING DIGITALLY RECORDED         CRT
                                PRETRIAL HELD. COURT SET              CRT
                                ADDITIONAL PRETRIAL DATE.             CRT
24                              SET NEXT DATE FOR: 05/06/11  8:15 AM  CLK TAW
                                   PRE-TRIAL HEARING
25 05/05/11                     REMOVE NEXT EVENT: 05/06/11  8:15 AM  CLK DMC
                                   PRE-TRIAL HEARING
26                              SET NEXT DATE FOR: 05/13/11  8:15 AM  CLK DMC
                                   PRE-TRIAL HEARING
                                ADJ FROM 5-6-11                       CLK
27 05/12/11                     REMOVE NEXT EVENT: 05/13/11  8:15 AM  CLK DMC
                                   PRE-TRIAL HEARING
28                              SET NEXT DATE FOR: 05/16/11  9:00 AM  CLK DMC
                                   PRE-TRIAL HEARING
29 05/16/11                     SET NEXT DATE FOR: 05/20/11  8:15 AM  CLK TAW
                                   PRE-TRIAL HEARING
                                ADJ FROM 5/16                         CLK
30 05/20/11                     PRE-TRIAL HEARING                     CRT TAW
                                PROCEEDING DIGITALLY RECORDED         CRT
                                PRETRIAL HELD. COURT SET              CRT
                                TRIAL DATE.                           CRT
31                              SET NEXT DATE FOR: 06/28/11  8:15 AM  CLK TAW
                                   JURY TRIAL
33 06/24/11                     CODEFENDANT/CONSOLIDATION             CLK MML
                                ORDER FOR CONSOLIDATION FOR           CLK
                                CASE #11-28141-FC                     CLK
34 06/28/11                     SET NEXT DATE FOR: 06/29/11  8:15 AM  CLK DMC
                                   JURY TRIAL
35                              JURY TRIAL HALF DAY                   CRT TAW
                                PROCEEDING DIGITALLY RECORDED         CRT
                                THE JURY OF 14 WAS DRAWN AND          CRT
                                SWORN. THE JURY WAS EXCUSED           CRT
                                UNTIL TOMORROW MORNING AT             CRT
                                8:15 AM.                              CRT
36 06/29/11                     JURY TRIAL WHOLE DAY                  CRT TAW
                                PROCEEDING DIGITALLY RECORDED         CRT
                                THE JURY RETURNED. OPENING            CRT
                                STATEMENTS OF COUNSEL. PROOFS         CRT
                                AND ALLEGATIONS HEARD IN              CRT
                                PART. THE JURY WAS EXCUSED            CRT
                                UNTIL TOMORROW MORNING AT             CRT
                                8:15 AM.                              CRT
37 06/30/11                     SET NEXT DATE FOR: 06/30/11  8:15 AM  CLK DMC
                                   JURY TRIAL
                                TRIAL CONTINUED                       CLK
38                              JURY INSTRUCTIONS FILED               CLK TAW
39                              DEFT'S PROPOSED JURY                  CLK TAW
                                INSTRUCTIONS FILED                    CLK
41                              JURY TRIAL WHOLE DAY                  CRT MML
                                PROCEEDING DIGITALLY RECORDED         CRT
                                THE JURY OF 14 RETURNED AND           CRT
                                HEARD FURTHER PROOFS AND              CRT
                                ALLEGATIONS IN PART. THE JURY         CRT
                                WAS EXCUSED UNTIL TUESDAY             CRT
                                7/6/11                                CRT
40 07/05/11                     SET NEXT DATE FOR: 07/06/11  8:15 AM  CLK DMC
                                   JURY TRIAL
```

-------------------------------------------------------------------------------

```
                                     TRIAL CONTINUED                         CLK
  42 07/06/11                        JURY TRIAL WHOLE DAY                    CRT MML
                                     PROCEEDING DIGITALLY RECORDED           CRT
                                     THE JURY OF 14 RETURNED. THE            CRT
                                     COURT EXCUSED JUROR #11.                CRT
                                     THE JURY OF 13 HEARD FURTHER            CRT
                                     PROOFS AND ALLEGATIONS IN FULL          CRT
  43                                 MEMORANDUM SUPPORTING MOTION            CLK MML
                                     FOR DIRECTED VERDICT REGARDING          CLK
                                     COUNT 6 FELONY FIREARM FILED            CLK
  44 07/07/11                        SET NEXT DATE FOR: 07/07/11  8:15 AM    CLK DMC
                                        JURY TRIAL
                                     TRIAL CONTINUED                         CLK
  45                         00001   JURY TRIAL WHOLE DAY                    CRT MML
                                     PROCEEDING DIGITALLY RECORDED           CRT
                                     FOUND GUILTY                            CRT
                                     THE JURY OF 13 RETURNED AND             CRT
                                     HEARD ARGUMENTS OF COUNSEL              CRT
                                     AND CHARGES OF THE COURT.               CRT
                                     JUROR # B-69 WAS EXCUSED FROM           CRT
                                     FURTHER DELIBERATION. VERDIT            CRT
                                     OF THE JURY: CT 1 GUILTY ARMED          CRT
                                     ROBBERY; CT 2 GUILTY UNARMED            CRT
                                     ROBBERY; CT 3 GUILTY ARMED              CRT
                                     ROBBERY; CT 4 GUILTY OF                 CRT
                                     CONSPIRACY TO COMMIT ROBBERY            CRT
                                     ARMED; CT 5 NOT GUILTY; CT 6            CRT
                                     NOT GUILTY. COURT SET                   CRT
                                     SENTENCING DATE. DEFT REMANDED          CRT
  46                         00002   JURY TRIAL WHOLE DAY                    CRT MML
                                     FOUND GUILTY                            CRT
  47                         00003   JURY TRIAL WHOLE DAY                    CRT MML
                                     FOUND GUILTY                            CRT
  48                         00004   JURY TRIAL WHOLE DAY                    CRT MML
                                     FOUND GUILTY                            CRT
  49                         00005   JURY TRIAL WHOLE DAY                    CRT MML
                                     FOUND NOT GUILTY                        CRT
  50                         00006   JURY TRIAL WHOLE DAY                    CRT MML
                                     FOUND NOT GUILTY                        CRT
  51                                 SET NEXT DATE FOR: 08/15/11  9:00 AM    CLK DMC
                                        SENTENCING
                                     DNA ORDER FAXED 7-11-11 TO              CLK
                                     CITY OF FLINT POLICE DEPT.              CLK
  52                                 VERDICT FORM FILED                      CLK MML
  59 08/12/11                        CERTIFICATION AND RETURN OF ORDER       CLK TAW
                                     FOR DNA SAMPLE FILED                    CLK
  53 08/15/11                00001   SENTENCING                              CRT FL2
                                     PROCEEDING DIGITALLY RECORDED           CRT
                                     JACKSON. ALL COUNTS TO RUN              CRT
                                     CONCURRENT WITH EACH OTHER.             CRT
                                     DEFT TO PARTICIPATE IN                  CRT
                                     EDUCATIONAL AND VOCATIONAL              CRT
                                     PROGRAMMING. DEFT TO PAY $500           CRT
                                     COURT COSTS; $130 CRIME                 CRT
                                     VICTIMS FEE; $272 STATE                 CRT
                                     MINIMUM COSTS.                          CRT
        SENTENCE PRISON:      MINIMUM             MAXIMUM            CREDIT
```

------------------------------------------------------------------------------------------

```
                              17- 6-DDD        30-MMM-DDD         YYY-MMM-287
   BEGIN 08/15/11
      $130.00  CRIME VICTIM FEE                272.00   STATE MINIMUM COSTS
      $500.00  COURT CST PRE CUNNINGHAM
  54                        00002   SENTENCING                               CRT FL2
                                    PROCEEDING DIGITALLY RECORDED            CRT
      SENTENCE PRISON:      MINIMUM         MAXIMUM             CREDIT
                            YYY-100-DDD     15-MMM-DDD          YYY-MMM-287
   BEGIN 08/15/11
  55                        00003   SENTENCING                               CRT FL2
                                    PROCEEDING DIGITALLY RECORDED            CRT
      SENTENCE PRISON:      MINIMUM         MAXIMUM             CREDIT
                            17- 6-DDD       30-MMM-DDD          YYY-MMM-287
   BEGIN 08/15/11
  56                        00004   SENTENCING                               CRT FL2
                                    PROCEEDING DIGITALLY RECORDED            CRT
      SENTENCE PRISON:      MINIMUM         MAXIMUM             CREDIT
                            17- 6-DDD       30-MMM-DDD          YYY-MMM-287
   BEGIN 08/15/11
  57                                DEFENDANTS RECEIPT OF REQUEST FOR        CLK FL2
                                    APPOINTMENT OF ATTORNEY FORM FILED       CLK
  58                                FINAL ORDER OR JUDGMENT FILED            CLK FL2
                                    JUDGMENT OF SENTENCE FILED               CLK
  60                                ORDER TO REMIT PRISONER FUNDS            CLK TAW
  61 08/18/11                       SENTENCING INFORMATION REPORT FILED      CLK TAW
  62                                SENTENCING INFORMATION REPORT FILED      CLK TAW
  63                                SENTENCING INFORMATION REPORT FILED      CLK TAW
  64                                SENTENCING INFORMATION REPORT FILED      CLK TAW
  65 08/23/11                       COLLECT Status - PRISON                  CLK ML2
  66 09/09/11         D 001         APPEARANCE                               CLK CRG
                                      ATTORNEY: P-90000 SADO                 CLK
                                    CLAIM OF APPEAL AND ORDER                CLK
                                    APPOINTING COUNSEL FILED                 CLK
                                    (JUDGE SIGNED ON 09/08/11)               CLK
  67                  D 001           FROM: SKINNER,JEFFREY R.,              CLK CRG
                                        TO: SADO,STATE APPELLATE DE          CLK
  68 09/20/11                       REPORTER'S CERTIFICATE OF                CLK CRG
                                    TRANSCRIPT ON APPEAL FILED               CLK
  69 10/10/11                       JUDGES REMARKS FILED                     CLK TAW
                                    TRANSCRIPT OF PROCEEDING-APRIL           CLK
                                    29, 2011                                 CLK
  70                                JUDGES REMARKS FILED                     CLK TAW
                                    PRETRIAL-FEB 25, 2011                    CLK
  71                                JUDGES REMARKS FILED                     CLK TAW
                                    PRETRIAL-APRIL 1, 2011                   CLK
  72                                JUDGES REMARKS FILED                     CLK TAW
                                    ARRAIGNMENT-JAN 18, 2011                 CLK
  73                                JUDGES REMARKS FILED                     CLK TAW
                                    PRETRIAL-MAY 20, 2011                    CLK
  74                                JUDGES REMARKS FILED                     CLK TAW
                                    TRANSCRIPT OF PROCEEDINGS-               CLK
                                    MARCH 9, 2011                            CLK
  75 10/12/11                       JUDGES REMARKS FILED                     CLK TAW
                                    SENTENCE-AUG 15, 2011                    CLK
  76 10/14/11                       MONEY ORDERED                            CRT ***
                                    AUTOMATIC LATE FEE ASSESSMENT            CRT
      $180.40  LATE FEE
```

```
77 11/01/11    SENT COPY OF COMPLETE FILE TO         CLK TAW
               APPELLATE COUNSEL PER WRITTEN         CLK
               REQUEST                                CLK
78 11/07/11    RETURN RECEIPT RETURNED AND           CLK TAW
               FILED (FILED IN CASE                   CLK
               #11-28761-FC)                          CLK
79 11/14/11    REQUEST FOR DOCUMENTS AND             CLK CRG
               RECORDS IN LOWER COURT FROM            CLK
               DEFT. RECEIVED AND FILED               CLK
80 11/15/11    LETTER TO DEFT. ADVISING TO           CLK CRG
               CONTACT COURT APPOINTED                CLK
               COUNSEL FOR COPIES                     CLK
81 02/01/12    JUDGES REMARKS FILED                  CLK CRG
               JURY TRIAL - VOLUME II OF              CLK
               V - 06/29/11                           CLK
82             JUDGES REMARKS FILED                  CLK CRG
               JURY TRIAL - VOLUME I OF V -           CLK
               06/28/11                               CLK
84             NOTICE OF FILING OF TRANSCRIPT        CLK HA3
               AND CERTIFICATE OF SERVICE             CLK
               FILED                                  CLK
85             JUDGES REMARKS FILED                  CLK CRG
               VOLUME IV OF V - 07/06/11              CLK
86             JUDGES REMARKS FILED                  CLK CRG
               VOLUME V OF V - 07/07/11               CLK
87             JUDGES REMARKS FILED                  CLK CRG
               VOLUME III OF V - 06/30/11             CLK
88 02/15/12    ORDER FROM MICHIGAN COURT OF          CLK KJL
               APPEALS - DISMISSED AS MOOT            CLK
               FILED                                  CLK
89 06/21/12    ORDER FROM COURT OF APPEALS           CLK TAW
               REMANDING CASE TO TRIAL COURT          CLK
               FOR MOTION FILED                       CLK
90 07/03/12    MOTION FOR NEW TRIAL,                 CLK FDA
               RESENTENCING, AND TO INITIATE          CLK
               REMAND PROCEEDINGS/BRIEF IN            CLK
               SUPPORT FILED                          CLK
               BRIEF IN SUPPORT FILED                 CLK
               CERTIFICATE OF SERVICE OF              CLK
               MOTION, BRIEF UPON ALL                 CLK
               PARTIES ON 7-2-12 FILED                CLK
91 07/13/12    PEOPLE'S RESPONSE TO MOTION           CLK TAW
               FOR A NEW TRIAL AND RESENTENCE         CLK
               FILED                                  CLK
92 07/16/12    MOTION HEARING                        CRT TAW
               PROCEEDING DIGITALLY RECORDED          CRT
               DEFT'S MOTION FOR NEW TRIAL.           CRT
               MOTION DENIED. DEFT'S MOTION           CRT
               FOR RE-SENTENCING. MOTION              CRT
               DENIED.                                CRT
93 07/24/12    ORDER DENYING MOTION FOR NEW          CLK TAW
               TRIAL FILED                            CLK
94             REPORTER'S CERTIFICATE OF             CLK CRG
               TRANSCRIPT ON APPEAL FILED             CLK
95 07/25/12    STATEMENT OF SERVICE OF               CLK CRG
               ORDER'S FOR DEFT'S MOTION              CLK
               FOR NEW TRIAL AND DEFT'S               CLK
```

```
                                   MOTION FOR RESENTENCING UPON      CLK
                                   ATTYS OF RECORD ON 07/20/12       CLK
                                   FILED                             CLK
  96 08/07/12                      JUDGES REMARKS FILED              CLK TAW
                                   MOTION-JULY 16, 2012              CLK
  97                    D 001      APPEARANCE                        CLK KJL
                                     ATTORNEY: P-90000 SADO          CLK
                                   CLAIM OF APPEAL AND ORDER         CLK
                                   APPOINTING COUNSEL FILED          CLK
  98 08/13/12                      NOTICE OF FILING OF TRANSCRIPT    CLK TAW
                                   AND CERTIFICATE OF SERVICE        CLK
                                   FILED                             CLK
  99 09/26/12                      CASE SENT TO COURT OF APPEALS-    CLK TAW
                                   COMPLETE FILE; DOCKET ENTRIES;    CLK
                                   PRELIM EXAM (2 VOL);              CLK
                                   TRANSCRIPTS (8 VOLS IN FILE       CLK
                                   AND 5 VOL IN BINDER)              CLK
 100 02/21/13                      REMITTITUR FROM COURT OF          CLK TAW
                                   APPEALS AFFIRMING TRIAL COURT     CLK
                                   FILED                             CLK
 101 04/04/13                      NOTICE OF FILING APPLICATION      CLK JML
                                   FOR LEAVE TO APPEAL FILED         CLK
                                   PROOF OF SERVICE OF SAME          CLK
                                   UPON GENESEE PROSECUTOR, CLERK    CLK
                                   OF COURT OF APPEALS, &            CLK
                                   CLERK OF GENESEE COUNTY BY        CLK
                                   MAIL ON 4/3/13 FILED              CLK
 102 11/15/13                      COMPLETE FILE RETURNED TODAY      CLK JML
                                   FROM SUPREME COURT WITH           CLK
                                   PRELIM EXAM (2 VOL);              CLK
                                   TRANSCRIPTS (8 VOLS IN FILE       CLK
                                   AND 5 VOL IN BINDER)              CLK
 103                               ORDER FROM SUPREME COURT -        CLK JML
                                   DENIED - FILED                    CLK
 . . . . . . . . . . . . . . . . . END OF SUMMARY   . . . . . . . . . . . . . . . . . . . . . . .
```