UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP CHARLES GIBBS,

    Petitioner,                             Case No. 14-cv-14028
                                          Hon. Matthew F. Leitman

v.

JEFFREY WOODS,

    Respondent.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on September 9, 2020:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                            DAVID J. WEAVER
                                                             CLERK OF THE COURT

                                                             By:  s/Holly A. Monda
                                                             Deputy Clerk

Approved:

s/Matthew F. Leitman                              Dated: September 9, 2020
Matthew F. Leitman                                 Flint, Michigan
United States District Court