UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP GIBBS, 810512,

    Petitioner,

v.

JEFF WOODS,

    Respondent.
_____/

CASE NO. 14-14028

HON. MATTHEW LIETMAN

MAG. PAUL J. KOMIVES

## Notice of Appearance

TO:  FEDERAL COMMUNITY DEFENDER, Attorney for Petitioner
       ANDREW N. WISE, Attorney for Petitioner
       BENTON C. MARTIN, Attorney for Petitioner

       PLEASE TAKE NOTICE that on this date, I enter my appearance

for Respondent in the above matter.

Respectfully submitted,

Dana Nessel
Attorney General

s/Scott R. Shimkus

Assistant Attorney General
Criminal Trials & Appeals Division
P.O. Box 30217
Lansing, MI  48909
517-335-7650
ShimkusS@michigan.gov
P77546

Dated:  September 1, 2021

# Certificate of Service

I hereby certify that on September 1, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE MATTHEW F. LEITMAN
MAGISTRATE JUDGE PAUL J. KIMOVES
FEDERAL COMMUNITY DEFENDER, Attorney for Petitioner
ANDREW N. WISE, Attorney for Petitioner
BENTON C. MARTIN, Attorney for Petitioner

    Dana Nessel
    Attorney General

    s/Scott R. Shimkus

    Assistant Attorney General
    Criminal Trials & Appeals
    Division
    P.O. Box 30217
    Lansing, MI  48909
    517-335-7650
    ShimkusS@michigan.gov
    P77546