UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP GIBBS, 810512,

    Petitioner,

v.

JEFF WOODS,

    Respondent.
    /

CASE NO. 14-14028

HON. MATTHEW LIETMAN

MAG. PAUL J. KOMIVES

## Notice of Appearance

TO:  FEDERAL COMMUNITY DEFENDER, Attorney for Petitioner
       ANDREW N. WISE, Attorney for Petitioner
       BENTON C. MARTIN, Attorney for Petitioner

       PLEASE TAKE NOTICE that on this date, I enter my appearance for Respondent in the above matter.

Respectfully submitted,

Dana Nessel
Attorney General

*s/B. Eric Restuccia*

Deputy Solicitor General
P.O. Box 30212
Lansing, MI  48909
517-335-7628
RestucciaE@michigan.gov
P49550

Dated:  September 2, 2021

# Certificate of Service

I hereby certify that on September 2, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    HONORABLE MATTHEW F. LEITMAN
    MAGISTRATE JUDGE PAUL J. KIMOVES
    FEDERAL COMMUNITY DEFENDER, Attorney for Petitioner
    ANDREW N. WISE, Attorney for Petitioner
    BENTON C. MARTIN, Attorney for Petitioner

                                    Dana Nessel
                                    Attorney General

                                    *s/B. Eric Restuccia*

                                    Deputy Solicitor General
                                    P.O. Box 30212
                                    Lansing, MI  48909
                                    517-335-7628
                                    RestucciaE@michigan.gov
                                    P49550

Dated:  September 2, 2021