UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

  v.

Phillip Charles Gibbs,

    Defendant.
_____/

Case No. 14-cv-14028

Hon. Matthew F. Leitman

## Appearance

To the Clerk of this Court and all parties of record:

Enter my appearance as Counsel in this case for Phillip Charles Gibbs.

I certify that I am admitted to practice in the Court.

    Submitted,

s/ Fabián Rentería
FEDERAL COMMUNITY DEFENDER
613 Abbott Street, Suite 500
Detroit, Michigan 48226
T: 313.463.6143
E: fabian_renteria_franco@fd.org

Date: September 10, 2021