# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 21, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

          Re: Case No. 20-1973, *Phillip Gibbs v. Erica Huss*
               Originating Case No. : 2:14-cv-14028

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                  Sincerely yours,

                                  s/Patricia J. Elder, Senior Case Manager
                                    for Monica Page, Case Manager

cc: Mr. Benton C. Martin
     Mr. John S. Pallas
     Mr. Bernard Eric Restuccia

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-1973

_____

Filed: September 21, 2021

PHILLIP CHARLES GIBBS

    Petitioner - Appellant

v.

ERICA HUSS

    Respondent - Appellee.

## MANDATE

  Pursuant to the court's disposition that was filed 08/30/2021 the mandate for this case hereby issues today.

COSTS: None